IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED
99 JUL -6 AM 9: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| HENRY JOE TRANTHAM, | ) |
| Plaintiff, | ) |
| vs. | ) CV 98-H-2239-E |
| SHERIFF LARRY AMERSON and DOCTOR CARLA THOMAS, | ) |
| Defendants. | ) |

ENTERED
JUL 0 6 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on June 17, 1999, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on July 1, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the 6th day of July, 1999.

JAMES H. HANCOCK
UNITED STATES DISTRICT JUDGE

